**FILED**

APR 17 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23CV00352

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pat Laughery was received by me on *(date)* April 10, 2023.

[X] I personally served the summons on the individual at *(place)* 318 Mercer St, Quanah, TX 79252 on *(date)* Wed, Apr 12 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ 143.37 for services, for a total of $ 143.37.

I declare under penalty of perjury that this information is true.

Date: April 13, 2023

**RECEIVED**

APR 17 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

_____
Server's signature

Michael Daniels
_____
Printed name and title

8482 Fort Smallwood Road, B-110, Pasadena, Maryland 21122
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 12, 2023, 1:14 pm CDT at 318 Mercer St, Quanah, TX 79252 received by Pat Laughery. Age: 55-60; Ethnicity: Caucasian; Gender: Male; Weight: 300; Height: 5'8"; Hair: Brown;
Served all documents on individual who confirmed his identity.
GPS Coordinates: 34.29714, -99.74106

Documents Served: Summons, complaint, civil case sheet, civil cover sheet, proof of service sheet, defendants

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23CV00352

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Linda Hollenbaugh was received by me on *(date)* April 10, 2023.

[X] I personally served the summons on the individual at *(place)* 314 Mercer Street, Quanah, TX 79252 on *(date)* Wed. Apr 12 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ 143.37 for services, for a total of $ 143.37.

I declare under penalty of perjury that this information is true.

Date: April 10, 2023

_____
*Server's signature*

Michael Daniels
_____
*Printed name and title*

8482 Fort Smallwood Road, B-110, Pasadena, Maryland 21122
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 12, 2023, 12:57 pm CDT at 314 Mercer Street, Quanah, TX 79252 received by Linda Hollenbaugh. Age: 35-40; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown;
Served all documents on individual who confirmed her identity.
GPS Coordinates: 34.29727, -99.74101

Documents Served: Civil Cover Sheet; Complaint for Violation of Civil Rights; Plaintiff's Original Complaint; Summons in a Civil Action dated March 31, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23CV00352

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Quanah was received by me on *(date)* April 10, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Derek Roland, Assistant , who is designated by law to accept service of process on behalf of *(name of organization)* City of Quanah on *(date)* Wed, Apr 12 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ 143.37 for services, for a total of $ 143.37.

I declare under penalty of perjury that this information is true.

Date: April 13, 2023

_____
*Server's signature*

Michael Daniels
_____
*Printed name and title*

8482 Fort Smallwood Road, B-110, Pasadena, Maryland 21122
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 12, 2023, 3:47 pm CDT at 109 King St., Quanah, TX 79252 received by City of Quanah c/o Derek Roland, Assistant . Age: 40-45; Ethnicity: Caucasian; Gender: Male; Weight: 210; Height: 5'11"; Hair: Brown;
Served all documents on Derek Roland who stated that he was the Assistant and authorized to accept service on behalf of City of Quanah.
GPS Coordinates: 34.29866, -99.73815

Documents Served: Civil Cover Sheet; Complaint for Violation of Civil Rights; Plaintiff's Original Complaint; Summons in a Civil Action dated March 31, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23CV00352

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hardeman County Sheriff's Office was received by me on *(date)* April 10, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pat Laughery , who is designated by law to accept service of process on behalf of *(name of organization)* Hardeman County Sheriff's Office on *(date)* Wed, Apr 12 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ 143.37 for services, for a total of $ 143.37.

I declare under penalty of perjury that this information is true.

Date: April 13, 2023

_____
*Server's signature*

Michael Daniels
_____
*Printed name and title*

8482 Fort Smallwood Road, B-110, Pasadena, Maryland 21122
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 12, 2023, 1:16 pm CDT at 318 Mercer St., Quanah, TX 79252 received by Hardeman County Sheriff's Office c/o Pat Laughery. Age: 55-60; Ethnicity: Caucasian; Gender: Male; Weight: 300; Height: 5'8"; Hair: Brown;
Served all documents on Pat Laughery who stated that he was authorized to accept service on behalf of Hardeman County Sheriff's Office.
GPS Coordinates: 34.29714, -99.74106

Documents Served: Civil Cover Sheet; Complaint for Violation of Civil Rights; Plaintiff's Original Complaint; Summons in a Civil Action dated March 31, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23CV00352

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hardeman County was received by me on *(date)* April 10, 2023.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Melissa Franklin, Clerk , who is designated by law to accept service of process on behalf of *(name of organization)* Hardeman County on *(date)* Tue, Apr 11 2023 ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ 143.37 for services, for a total of $ 143.37.

I declare under penalty of perjury that this information is true.

Date: April 13, 2023

_____
Server's signature

Michael Daniels
_____
Printed name and title

8482 Fort Smallwood Road, B-110, Pasadena, Maryland 21122
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 11, 2023, 10:06 am CDT at 300 S Main St., Quanah, TX 79252 received by Hardeman County c/o Melissa Franklin, Clerk. Age: 30-35; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'6"; Hair: Brown; Served all documents on Melissa Franklin, Clerk who stated that she was authorized to accept service on behalf of Hardeman County.
GPS Coordinates: 34.29718, -99.73996

Documents Served: Civil Cover Sheet; Complaint for Violation of Civil Rights; Plaintiff's Original Complaint; Summons in a Civil Action dated March 31, 2023

# UNITED STATES DISTRICT COURT

for the

Western District of Texas, Austin Division

**JEREMIAH ANSON BILLS**

*Plaintiff*

v.

**PAT LAUGHERY in his individual and official
incorporated capacities LINDA HOLLENBAUGH in
her individual and official incorporated capacities CITY
OF QUANAH a municipality within the county of
Hardeman Texas HARDEMAN COUNTY SHERIFF'S
OFFICE a law enforcement agency of Hardeman
County HARDEMAN COUNTY a county within the
state of Texas Child Protective Services Texas
Department of Family and Protective Services Belong/
SJRC Texas Hondo Police Department a law
enforcement agency of Hondo, Texas City of Hondo a
municipality within the county of Medina, Texas
Medina County a county within the state of Texas
Ronald Ingram in his individual and official
incorporated capacities**

)
)
)
)
)
)
)
)

Civil Action No. 1:23CV00352

*Defendant*

## AFFIDAVIT OF SERVICE

appointment or by law to receive service of process for Child protective services.

Summons
Proof Of Service
Civil Cover Sheet
Complaint for Violation of Civil Rights
Plaintiff's Original Complaint
Defendant List

Additional Description:
Security officer in the front called down Matt Guedea, who is general Counsel and he was handed the documents and accepted service.

White Male, est. age 50, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.3174743652,-97.7329241634
Photograph: See Exhibit 1

My name is Rudy Limas, my date of birth is 6/19/1991, and my address is 1903 Oxford Blvd, Round Rock, TX 78664, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Rudy Limas*
_____

Executed in                                          Rudy Limas
_____Williamson County_____ ,    (512) 676-1325
                                                     Certification Number: PSC-18670
___TX___ on ___4/3/2023_____ .    Expiration Date: 11/30/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Texas
Austin Division

)
)
)
)
Jeremiah Anson Bills )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23CV00352
)
) RP
Pat Laughery  ET AL )
*Defendant(s)* )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Child Protective Services
4900 North Lamar Blvd.
Austin, Tx 78714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney,~~ whose name and address are:
Jeremiah Anson Bills
408 Margarita St.
Uvalde, Tx 78801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Philip J. Devlin

Date: 03/31/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*


                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc:

# Exhibit 1

Exhibit 1a)



# UNITED STATES DISTRICT COURT

for the

Western District of Texas, Austin Division

**JEREMIAH ANSON BILLS**

*Plaintiff*

v.

| | |
|---|---|
| **PAT LAUGHERY in his individual and official incorporated capacities LINDA HOLLENBAUGH in her individual and official incorporated capacities CITY OF QUANAH a municipality within the county of Hardeman Texas HARDEMAN COUNTY SHERIFF'S OFFICE a law enforcement agency of Hardeman County HARDEMAN COUNTY a county within the state of Texas Child Protective Services Texas Department of Family and Protective Services Belong/ SJRC Texas Hondo Police Department a law enforcement agency of Hondo, Texas City of Hondo a municipality within the county of Medina, Texas Medina County a county within the state of Texas Ronald Ingram in his individual and official incorporated capacities** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:23CV00352 |

*Defendant*

## AFFIDAVIT OF SERVICE

Counsel is authorized by appointment or by law to receive service of process for Texas department of Family and protective services.

Summons
Proof of Service
Civil Cover Sheet
Complaint for Violation of Civil Rights
Plaintiff's Original Complaint
Defendant List

Additional Description:
Security officer in the front called down Matt Guedea, who is general Counsel and he was handed the documents and accepted service.

White Male, est. age 50, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.3174285889,-97.7329403053
Photograph: See Exhibit 1

My name is Rudy Limas, my date of birth is 6/19/1991, and my address is 1903 Oxford Blvd, Round Rock, TX 78664, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in

___Williamson County_____,

___TX_____ on ____4/3/2023_____.

/s/ *Rudy Limas*
_____
Rudy  Limas
(512) 676-1325
Certification Number: PSC-18670
Ex piration Date: 11/30/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas
Austin Division

| | |
|---|---|
| Jeremiah Anson Bills | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23CV00352 |
| | ) RP |
| Pat Laughery ET AL | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Texas Department of family and Protective Services
4900 North Lamar Blvd.
Austin, Tx 78751

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney,~~
whose name and address are: Jeremiah Anson Bills
408 Margarita St.
Uvalde, Tx 78801

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT* Philip J. Devlin

Date: 03/31/2023     _____
                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit 1

Exhibit 1a)



# UNITED STATES DISTRICT COURT

for the
Western District of Texas

**JEREMIAH ANSON BILLS**

*Plaintiff*

v.

**PAT LAUGHERY in his individual and official
incorporated capacities LINDA HOLLENBAUGH in
her individual and official incorporated capacities CITY
OF QUANAH a municipality within the county of
Hardeman Texas HARDEMAN COUNTY SHERIFF'S
OFFICE a law enforcement agency of Hardeman
County HARDEMAN COUNTY a county within the
state of Texas Child Protective Services Texas
Department of Family and Protective Services Belong/
SJRC Texas Hondo Police Department a law
enforcement agency of Hondo, Texas City of Hondo a
municipality within the county of Medina, Texas
Medina County a county within the state of Texas
Ronald Ingram in his individual and official
incorporated capacities**

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 1:23-CV 00352

## AFFIDAVIT OF SERVICE

I, Marcello Saldana, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 3, 2023 at 8:50 am. I delivered these documents on Belong/
SJRC Texas in Bexar County, TX on April 3, 2023 at 11:32 am at 8918 Tesoro Dr, 535, San Antonio, TX
78217 by leaving the following documents with Sarah Amaral who as Employee for Records  is authorized

by appointment or by law to receive service of process for Belong/ SJRC Texas.

Summons
Proofofservice
CivilCoverSheet
U.S.DistrictCourt Complaint
Original Complaint
Exhibit, listed defendants

Additional Description:
I handed the documents to Sarah.

White Female, est. age 30, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=29.5205230713,-98.4559163874
Photograph: See Exhibit 1

My name is Marcello Saldana, my date of birth is 12/19/1972, and my address is 1533 Austin Hwy, Suite 102 #268, San Antonio, TX 78218, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Marcello Saldana*

Executed in

Bexar County                              ,

TX      on    4/3/2023              .

Marcello Saldana
(210) 559-2534
Certification Number: PSC-12497
Expiration Date: 2/28/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas
Austin Division

)
)
Jeremiah Anson Bills )
_____ )
*Plaintiff(s)* )
v. )      Civil Action No. 1:23CV00352
)
)                                              **RP**
Pat Laughery    ET AL )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Belong / SJRC Texas
8918 Tesoro Drive Ste. 535
San Antonio, Tx 78217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney,~~
whose name and address are: Jeremiah Anson Bills
408 Margarita St.
Uvalde, Tx 78801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT  Philip J. Devlin

Date: 03/31/2023                         _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit 1

Exhibit 1a)

# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | |
|---|---|
| **Jeremiah Anson Bills** | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. 1:23CV00352-RP |
| | ) |
| **Pat Laughery, et al.** | ) |
| | ) |
| _Defendant_ | ) |

## AFFIDAVIT OF SERVICE

I, Sylvia Medina, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 3, 2023 at 11:33 am. I delivered these documents on Hondo Police Department in Medina County, TX on April 4, 2023 at 11:08 am at Hondo Police Department , 1030 Avenue Y, Hondo, TX 78861 by leaving the following documents with Jennifer Ytuarte who as Deputy Clerk is authorized by appointment or by law to receive service of process for Hondo Police Department.

Summons
Proof of Service
Civil Cover Sheet
Complaint for Violation of Civil Rights
Plaintiff's Original Complaint

Additional Description:
I was provided a new address for the Hondo Police Department. Deputy Jennifer Ytuarte accepted the documents directly in hand on behalf of the Hondo Police Department.

Hispanic or Latino Female, est. age 46, glasses: N, Brown hair, 220 lbs to 240 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.3549399,-99.1560263
Photograph: See Exhibit 1

My name is Sylvia Medina, my date of birth is 2/23/1981, and my address is 10730 Potranco Rd , Suite # 122-559, San Antonio, TX 78245, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Sylvia Medina*
_____

Executed in

_____Bexar County_____,

___TX____  on  ___4/6/2023_____.

Sylvia Medina
(210) 279-3856
Certification Number: PSC-20851
Expiration Date: 2/29/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas
### Austin Division

| | |
|---|---|
| Jeremiah Anson Bills<br>_Plaintiff(s)_<br><br>v.<br><br>Pat Laughery ET AL<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **1:23 CV 00352 RP**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Hondo Police Department
1101 16th St.
Hondo, Tx  78861

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney,~~ whose name and address are: Jeremiah Anson Bills
408 Margarita St.
Uvalde, Tx 78801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   _Philip J. Devlin_

Date: __03/31/2023__                              _____
                                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                         _____
                                                          *Printed name and title*


                                         _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# Exhibit 1

Exhibit 1a)



Exhibit 1b)



# UNITED STATES DISTRICT COURT

for the
Western District of Texas
Austin Division

| | | |
|---|---|---|
| **JEREMIAH ANSON BILLS** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23CV00352 RP |
| | ) | |
| **PAT LAUGHERY in his individual and official** | ) | |
| **incorporated capacities, et al.** | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Sylvia Medina, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 3, 2023 at 11:24 am. I delivered these documents on City of Hondo in Medina County, TX on April 4, 2023 at 10:30 am at City of Hondo, 1101 16th St, Hondo, TX 78861 by leaving the following documents with Sue Ann who as Secretary is authoriz ed by appointment or by law to receive service of process for City of Hondo.

Summons in a Civil Action (Page 1)
Summons in a Civil Action (Page 2)
Plaintiff's Original Complaint
Complaint for Violation of Civil Rights (Non-Prisoner Complaint)
Civil Cover Sheet
Exhibit (The Defendant(s))

Additional Description:
Sue Ann informed me that the address was the building for the City of Hondo Administration. She told me that the Hondo Police Department Administration Building had relocated to 1030 Avenue Y, Hondo, Texas 78861, and she pointed to the sign at the front entrance with the provided address. She told me that she was authoriz ed to accept documents for the City of Hondo. I delivered the documents to her and she accepted in hand.

Hispanic or Latino Female, est. age 50, glasses: N, Black hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=29.3505563,-99.1411708
Photograph: See Ex  hibit 1

My   name is Sy  lvia Medina, my   date of birth is 2/23/1981, and my   address is 10730 Potranco Rd , Suite
122-559, San Antonio, TX 78245, USA.

I declare under penalty   of perjury   that the foregoing is true and correct.

/s/ *Sylvia Medina*
_____

Executed in

___Bexar County_____,

___TX_____ on ___4/7/2023_____.

Sy  lvia Medina
(210) 279-3856
Certification Number: PSC-20851
Ex  piration Date: 2/29/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
## Western District of Texas
## Austin Division

2023 APR 17  AM 9:02

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ CW _____
DEPUTY

)
)
)
Jeremiah Anson Bills )
_____ )
*Plaintiff(s)* )
v. )   Civil Action No.  **1:23CV00352**
)
)
)                                                **RP**
Pat Laughery  ET AL )
_____ )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
City of Hondo
1600 Avenue M
Hondo, Tx 78861

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney,~~ whose name and address are: Jeremiah Anson Bills
408 Margarita St.
Uvalde, Tx 78801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Philip J. Devlin

Date: 03/31/2023          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit 1

Exhibit 1a)



Exhibit 1b)



Exhibit 1c)



Exhibit 1d)



# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | |
|---|---|
| **Jeremiah Anson Bills** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No. 1:23CV00352-RP |
| | ) |
| **Pat Laughery, et al.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Sylvia Medina, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 3, 2023 at 11:24 am. I delivered these documents on Medina County in Medina County, TX on April 4, 2023 at 10:53 am at 1300 Avenue M, Hondo, TX 78861 by leaving the following documents with Amy Clark who as District Clerk of Medina County is authorized by appointment or by law to receive service of process for Medina County.

Summons
Proof of Service
Civil Cover Sheet
Complaint for Violation of Civil Rights
Plaintiff's Original Complaint


Additional Description:
I attempted delivery at the address provided and I was informed the Medina County Administration moved buildings. As I entered the Annex for Medina County, the Sheriffs informed me that legal serves for Medina County would be directed to the District Clerk's Office on the 2nd floor. Amy Clark, District Clerk, accepted documents in hand for Medina County.

Hispanic or Latino Female, est. age 50, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".

Geolocation of Serve: https://google.com/maps?q=29.3519182,-99.1426269
Photograph: See Exhibit 1

My name is Sylvia Medina, my date of birth is 2/23/1981, and my address is 10730 Potranco Rd , Suite # 122-559, San Antonio, TX 78245, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in

_Bexar County_____,

__TX____ on __4/6/2023_____.

/s/ *Sylvia Medina*
_____
Sylvia Medina
(210) 279-3856
Certification Number: PSC-20851
Expiration Date: 2/29/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Western District of Texas
Austin Division

|  |  |
|---|---|
| Jeremiah Anson Bills  <br> *Plaintiff(s)* | ) <br> ) <br> ) <br> ) <br> ) |
| v. | ) Civil Action No. 1:23CV00352 |
| Pat Laughery ET AL  <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Medina County
1100 16th St.
Hondo, Tx 78861

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are:

Jeremiah Anson Bills
408 Margarita St.
Uvalde, Tx 78801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Philip J. Devlin

Date: 03/31/2023

*Signature of Clerk or Deputy Clerk*

# Exhibit 1

Exhibit 1a)



Exhibit 1b)



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23CV00352

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ronald Ingram was received by me on *(date)* April 10, 2023.

[X] I personally served the summons on the individual at *(place)* 300 South Main Street, Quanah, TX 79252 on *(date)* Tue, Apr 11 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ 143.37 for services, for a total of $ 143.37.

I declare under penalty of perjury that this information is true.

Date: April 13, 2023

_____
Server's signature

Michael Daniels
_____
Printed name and title

8482 Fort Smallwood Road, B-110, Pasadena, Maryland 21122
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 11, 2023, 10:16 am CDT at 300 South Main Street, Quanah, TX 79252 received by Ronald Ingram. Age: 65-70; Ethnicity: Caucasian; Gender: Male; Weight: 350; Height: 5'10"; Hair: Gray;
Served all documents on individual who confirmed his identity as Ronald E. Ingram and stated that his date of birth was 07/28/1956.
GPS Coordinates: 34.29718, -99.73996

Documents Served: Civil Cover Sheet; Complaint for Violation of Civil Rights; Plaintiff's Original Complaint; Summons in a Civil Action dated March 31, 2023