IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMIAH ANSON BILLS,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF PAT LAUGHERY, *in his individual and official capacity*; JUSTICE OF THE PEACE LINDA HOLLENBAUGH *in her individual and official capacity*; CITY OF QUANAH; HARDEMAN COUNTY SHERIFF'S OFFICE; HARDEMAN COUNTY; CHILD PROTECTIVE SERVICES; TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES; BELONG/SJRC TEXAS; HONDO POLICE DEPARTMENT; CITY OF HONDO; MEDINA COUNTY; and COUNTY JUDGE RONALD INGRAM, *in his individual and official capacity*,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § | 1:23-CV-352-RP |

**FINAL JUDGMENT**

On this date, the Court entered an order granting all Defendants' motions to dismiss and dismissing Plaintiff's claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE